No. 12–6287. WILBOURN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–6295. MATEO-DE LOS SANTOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10848. IORIO v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* granted. Order entered October 1, 2012 [*ante*, p. 809], vacated. Certiorari denied.

No. 12–342. ALLERGAN, INC., ET AL. v. WATSON LABORATORIES, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–6248. MINER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6250. CLAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

OCTOBER 16, 2012

No. 12A338. HUSTED, SECRETARY OF STATE OF OHIO, ET AL. v. OBAMA FOR AMERICA ET AL. C. A. 6th Cir. Application for stay, presented to JUSTICE KAGAN, and by her referred to the Court, denied.